IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JOSEPH CENATIEMPO | : | |
| Plaintiff | : | CIVIL ACTION |
| | : | |
| vs. | : | |
| | : | NO. 08-CV-3268 |
| MICHAEL J. ASTRUE, | : | |
| Commissioner of Social Security | : | |
| | : | |
| Defendant | : | |

**<u>ORDER</u>**

AND NOW, this 28th day of October, 2009, after a careful review and independent consideration of Plaintiff's Request for Review, Defendant's response thereto, Plaintiff's reply thereto and review of the Report and Recommendation of Carol Sandra Moore Wells, United States Magistrate Judge, to which no objections were received, it is hereby ORDERED that:

1. The Report and Recommendation is APPROVED and ADOPTED;

2. The Plaintiff's Request for Review [Doc. #7] is DENIED;

3. Judgment is ENTERED in favor of the Defendant and against the Plaintiff; and

4. The Clerk is DIRECTED to mark this case closed for statistical purposes.

BY THE COURT:

*/s/ THOMAS M. GOLDEN*
THOMAS M. GOLDEN, J.